CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 1 7 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 7:16cr00013 |
| v. ) | |
| ) | In violation of |
| ELMER NAVARRO-NAVARRO ) | |
| a/k/a Oscar Daniel Acosta ) | 8 U.S.C. § 1326 |
| Oscar Daniel Acos ) | |
| Jose Herrera-Pas ) | |
| Defendant ) | |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

1. On or about February 22, 2016, in Roanoke, Virginia, which is within the Western District of Virginia, the defendant, ELMER NAVARRO-NAVARRO, an alien, was found in the United States after having been removed and deported there from on or about April 20, 2005, from Chandler, Arizona, was found in the United States without having obtained the express consent of the Attorney General of the United States and the Secretary of the Department of Homeland Security to reapply for admission to the United States.

2. All in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL this 17 day of March, 2016.

s/Grand Jury Foreperson
FOREPERSON

_____
JOHN P. FISHWICK
UNITED STATES ATTORNEY

*2016R00180*